# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:26-CV-351-MEO-DCK

| | | |
|---|---|---|
| **BRIANNA JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **WALMART INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Application To Proceed In District Court Without Prepaying Fees Or Costs" (Document No. 2) filed May 1, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion without prejudice.

By the instant motion, Plaintiff seeks to proceed with a "Complaint" (Document No. 1) against Defendant without having to prepay the costs associated with bringing this action. (Document No. 2). In support of this motion Plaintiff submitted an Affidavit, which reports her monthly expenses exceed her monthly income, but she does not explain how she is able to support herself. (<u>Id.</u>) Under the circumstances, the undersigned finds the information in Plaintiff's "Application" incomplete and insufficient for meaningful review.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Application To Proceed In District Court Without Prepaying Fees Or Costs" (Document No. 2) is **DENIED without prejudice**. Plaintiff may pay the filing fee or file an amended Application that further explains her inability

1

to pay the costs of these proceedings on or before **June 11, 2026**.

        **SO ORDERED**.

Signed: May 28, 2026

David C. Keesler
United States Magistrate Judge

2